IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>Eddie Dean Alford II,<br>**Debtor(s)** | CASE NO. 23-57728-sms<br>CHAPTER 13<br><br>Judge Sage M. Sigler |
| Progress Residential, aka<br>Mile High Borrower 1 (Value), LLC,<br><br>**Movant**<br><br>v.<br><br>Eddie Dean Alford II, Debtor<br> K. Edward Safir, Trustee<br><br>**Respondents**. | CONTESTED MATTER |

**PROGRESS RESIDENTIAL AKA MILE HIGH BORROWER 1 (VALUE), LLC'S
MOTION TO WITHDRAW PROOF OF CLAIM NO. 13**

COMES NOW, Progress Residential, aka Mile High Borrower 1 (Value), LLC (hereinafter "Movant"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, and, pursuant to Fed.R.Bankr.P. 3006, respectfully requests to withdraw Claim No. 13 filed on February 25, 2026 (the "Claim").

1.

The Claim was filed on February 25, 2026, after the claims bar date of October 23, 2023. Since the Claim was filed late, Movant requests that it be withdrawn.

WHEREFORE, Movant  PROGRESS RESIDENTIAL AKA MILE HIGH BORROWER 1 (VALUE), LLC  prays for the following:

(a) That this Court allow Movant's withdrawal of Claim No. 13;

(b) Grant such other relief as is just and equitable.

1

.

Respectfully submitted, this Tuesday, March 3, 2026.

| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 5579 Chamblee-Dunwoody Rd, Ste B-136 | MATTHEW F. TOTTEN |
| Atlanta, GA 30338 | (Georgia Bar No. 798589) |
| (404) 692-4342 (Telephone) | ATTORNEY FOR MOVANT |
| mft@tottenfirm.com | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>Eddie Dean Alford II,<br><br>**Debtor(s)**. | CASE NO. 23-57728-sms<br><br>CHAPTER 13 |
| Progress Residential aka<br>Mile High Borrower 1 (Value), LLC,<br><br>**Movant**<br><br>v.<br><br>Eddie Dean Alford II, Debtor(s); and<br>  K. Edward Safir, Trustee<br><br>**Respondents**. | Judge Sage M. Sigler<br><br>CONTESTED MATTER |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Movant Progress Residential aka Mile High Borrower 1 (Value), LLC** has filed a **Motion to Withdraw Claim No. 13 and related papers with the Court in the above-referenced matter, seeking an order lifting Claim No. 13.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion for to Withdraw Claim No. 13** at **10:00 A.M. (ET) on Tuesday, March 24, 2026** at Courtroom 1201, U.S. Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including

3

addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive SW, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

      If a hearing on the motion to withdraw the claim cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated:  Tuesday, March 3, 2026.

| | |
|---|---|
| THE TOTTEN FIRM, LLC<br>5579 Chamblee-Dunwoody Rd, Ste B-136<br>Atlanta, GA 30350<br>(404) 692-4342 (Telephone)<br>mft@tottenfirm.com | /s/ Matthew F. Totten<br>MATTHEW F. TOTTEN<br>(Georgia Bar No. 798589)<br>ATTORNEY FOR MOVANT |

**CERTIFICATE OF SERVICE**

      This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***Notice of Hearing*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

> Karmel Sunzette Davis
> Karmel S. Davis & Associates
> PO Box 5736
> Douglasville, GA 30154
>
> K. Edward Safir
> Standing Chapter 13 Trustee
> Suite 1600
> 285 Peachtree Center Ave NE
> Atlanta, GA 30303

      I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

> Eddie Dean Alford II, *Debtor*
> 409 The Gables Dr
> McDonough, GA 30253

Dated: Tuesday, March 3, 2026.

| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 2090 Dunwoody Club Dr, Ste 106-33 | MATTHEW F. TOTTEN |
| Atlanta, GA 30350 | (Georgia Bar No. 798589) |
| (404) 692-4342 (Telephone) | ATTORNEY FOR MOVANT |
| mft@tottenfirm.com | |