UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                    }          CHAPTER 13
                                                          }
EDDIE DEAN ALFORD, II,                                    }          CASE NO: **23-57728-sms**
    Debtor.                                               }

WITHDRAWAL OF DEBTOR'S OBJECTION TO LATE-FILED CLAIM NO. 13

Comes Now Debtor, withdraws Objection to Claim filed on February 26, 2026.

Respectfully Submitted this 5th day of March 2026.

                    Karmel S. Davis & Associates
                    By: /s/Karmel S Davis
                    Karmel Sunzette Davis
                    Attorney for the Debtors
                    Bar No. 007707
                    P.O. Box 5736
                    Douglasville, Georgia 30154
                    Tel: (678) 715-0967
                    Fax: (678) 715-0987

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| EDDIE DEAN ALFORD, II, | } | CASE NO: **23-57728-sms** |
| Debtor. | } | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies:

That I am more than 18 years of age, and that on this 5th day of March 2026 I served a copy of the within *Withdrawal Objection to Claim* filed in this bankruptcy case upon the following by depositing a copy of the same in the U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Clare Black
Senior Counsel
Progress Residential
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256

I do hereby certify that by filing the *Withdrawal of Objection to Claim, Deadline to Object and for Hearing* I have caused the following parties to be served electronically via ECF:

K. Edward Safir
Standing Chapter 13 Trustee
info@atlch13tt.com

Respectfully Submitted this 5th day of March 2026.

Karmel S. Davis & Associates
By: /s/Karmel S Davis
Karmel Sunzette Davis
Attorney for the Debtor
Bar No. 007707
P.O. Box 5488
Douglasville, Georgia 30154
Tel: (678) 715-0967
Fax: (678) 715-0987