UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          }          CHAPTER 13
                                                }
EDDIE DEAN ALFORD, II,                          }          CASE NO: **23-57728-sms**
                 Debtor.                        }

### NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING

Debtor, by and through counsel, filed a Motion to Suspend Plan Payments and Additional Attorney Fees on April 2, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within thirty days (30) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303** and serve a copy on the movant's attorney, PO Box 5736, Douglasville, GA 30154, and any other appropriate persons by the objection deadline.  The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **May 5, 2026, at 10:00 A.M., Courtroom 1201, U.S. Courthouse, 75 Ted Turner Drive (f/k/a Spring Street), SW, Atlanta, GA 30303 which must be attended in person, unless the Court orders otherwise**

If an objection or response is timely filed and served, the hearing will proceed as scheduled.  If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing **provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing.**  If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Respectfully Submitted this 2nd day of April 2026.

Karmel S. Davis & Associates
By: /s/Karmel S Davis
Karmel Sunzette Davis
Attorney for the Debtor
Bar No. 007707
P.O. Box 5488
Douglasville, Georgia 30154
Tel: (678) 715-0967
Fax: (678) 715-0987

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| EDDIE DEAN ALFORD, II, | } | CASE NO: **23-57728-sms** |
| Debtor. | } | |

## MOTION TO SUSPEND PLAN PAYMENTS AND ADDITIONAL ATTORNEY FEES

COMES NOW the Debtor, Eddie Dean Alford, II, and respectfully moves this Honorable Court for an Order temporarily suspending Chapter 13 plan payments, and shows the Court as follows:

1. Background
The Debtor is currently making payments under a confirmed Chapter 13 Plan in the above-styled case.

2. Change in Circumstances
The Debtor has experienced an unexpected and necessary vehicle repair expense that has created a temporary financial hardship.

3. Nature of Expense
The Debtor's vehicle required urgent repairs necessary for reliable transportation.
The total cost of repairs is approximately $ 5,583.70, as reflected in the attached invoice.

4. Necessity of Vehicle
The vehicle is essential for the Debtor's transportation to and from work and for maintaining income necessary to fund the Chapter 13 Plan.

5. Inability to Maintain Payments
Due to this unforeseen expense, the Debtor is temporarily unable to continue making regular plan payments without jeopardizing the ability to maintain employment and basic living expenses.

6. Requested Relief
The Debtor respectfully requests that the Court suspend plan payments for a period of three (3) months.

7. Proposed Cure
The Debtor proposes to cure the suspended payments by increasing plan payments after the suspension period.

8. Good Faith
This Motion is filed in good faith and not for purposes of delay. The Debtor intends to resume payments as soon as financially feasible.

9. Additional Attorney Fees

Counsel for the Debtor further requests additional compensation in the amount of $300.00 for services rendered in connection with the preparation and filing of this motion and related pleadings. Counsel requests that this additional fee be approved and paid as an administrative expense through the Chapter 13 plan.

The Debtor believes that granting this motion and approving the additional fee are in the best interest of the estate and necessary to ensure the Debtor's continued compliance and plan performance.

WHEREFORE, the Debtor respectfully requests that this Court:
1. Suspend Chapter 13 plan payments for three months
2. Allow the Debtor to cure any missed payments through plan modification or extension; and
3. Approving additional compensation in the amount of $300.00 to be paid through the Chapter 13 Plan; and for such other and further relief as the Court deems just and proper.

Respectfully Submitted this 2nd day of April 2026.

Karmel S. Davis & Associates
By: /s/Karmel S Davis
Karmel Sunzette Davis
Attorney for the Debtors
Bar No. 007707
P.O. Box 5736
Douglasville, Georgia 30154
Tel: (678) 715-0967
Fax: (678) 715-0987

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| EDDIE DEAN ALFORD, II, | } | CASE NO: **23-57728-sms** |
| Debtor. | } | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies:

That I am more than 18 years of age, and that on this 2nd day of April 2026 I served a copy of the within *Motion to Suspend Plan Payment and Deadline to Object and for Hearing* filed in this bankruptcy case upon the following by depositing a copy of the same in the U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

**Eddie Dean Alford, II**
409 The Gables Drive
McDonough, GA

I do hereby certify that by filing the *Motion to Suspend Plan Payment and Deadline to Object and for Hearing* I have caused the following parties to be served electronically via ECF:

**K. Edward Safir**
Standing Chapter 13 Trustee
info@atlch13tt.com

I further certify that I have this day served a true and correct copy of *Motion to Suspend Plan Payment and Deadline to Object and for Hearing* by U.S. mail, postage prepaid, to all other creditors listed on the attached master mailing matrix list (matrix).

Respectfully Submitted this 2nd day of April 2026.

Karmel S. Davis & Associates
By: /s/Karmel S Davis
Karmel Sunzette Davis
Attorney for the Debtor
Bar No. 007707
P.O. Box 5488
Douglasville, Georgia 30154
Tel: (678) 715-0967
Fax: (678) 715-0987