UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              }        CHAPTER 13
                                                    }
EDDIE DEAN ALFORD, II,                              }        CASE NO: **23-57728-sms**
         Debtor.                                    }

**AMENDED**

**NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING**

Debtor, by and through counsel, filed a Motion to Suspend Plan Payments and Additional Attorney Fees on April 2, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within thirty days (30) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303** and serve a copy on the movant's attorney, PO Box 5736, Douglasville, GA 30154, and any other appropriate persons by the objection deadline.  The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been rescheduled for **May 19, 2026, at 10:00 A.M.,** Courtroom 1201, U.S. Courthouse, 75 Ted Turner Drive (f/k/a Spring Street), SW, Atlanta, GA 30303 which must be attended in person, unless the Court orders otherwise

If an objection or response is timely filed and served, the hearing will proceed as scheduled.  If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing **provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing.**  If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held as scheduled.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Respectfully Submitted this 4th day of May 2026.

Karmel S. Davis & Associates
By: /s/Karmel S Davis
Karmel Sunzette Davis
Attorney for the Debtor
Bar No. 007707
P.O. Box 5488
Douglasville, Georgia 30154
Tel: (678) 715-0967
Fax: (678) 715-0987

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              }        CHAPTER 13
                                                    }
EDDIE DEAN ALFORD, II,                              }        CASE NO: **23-57728-sms**
                    Debtor.                          }

## CERTIFICATE OF SERVICE

The undersigned hereby certifies:

        That I am more than 18 years of age, and that on this 4th day of May 2026 I served a copy of the within *Amended Motion to Suspend Plan Payment and Deadline to Object and for Hearing* filed in this bankruptcy case upon the following by depositing a copy of the same in the U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

**Eddie Dean Alford, II**
409 The Gables Drive
McDonough, GA

        I do hereby certify that by filing the *Amended Motion to Suspend Plan Payment and Deadline to Object and for Hearing* I have caused the following parties to be served electronically via ECF:

**K. Edward Safir**
Standing Chapter 13 Trustee
info@atlch13tt.com

Respectfully Submitted this 4th day of May 2026.

                                        Karmel S. Davis & Associates
                                        By: /s/Karmel S Davis
                                        Karmel Sunzette Davis
                                        Attorney for the Debtor
                                        Bar No. 007707
                                        P.O. Box 5488
                                        Douglasville, Georgia 30154
                                        Tel: (678) 715-0967
                                        Fax: (678) 715-0987