**IT IS ORDERED as set forth below:**

**Date: May 6, 2026**

*Sage M. Sigler*

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| EDDIE DEAN ALFORD, II, | } | CASE NO: 23-57728-sms |
| Debtor. | } | |

**ORDER GRANTING DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS**

The above-styled case came before the Court upon the Debtor's Motion to Suspend Plan Payments and Additional Attorney Fees [Docket No. 53], filed on April 2 2026 (the "Motion") and noting that a hearing was scheduled for May 5, 2026 at 10:00a.m.

IT APPEARING that (1) notice of the opportunity to object and for hearing was provided pursuant to the procedures set forth in the Motion , and no objections were filed prior to the objection deadline; (2) the Court has considered the Motion and all other matters of record, including the lack of objections thereto; and (3) based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion.

**IT IS THEREFORE ORDERED AND ADJUDGED that** the Debtor's Motion is **GRANTED**.

Chapter 13 plan payments are **SUSPENDED** for the months of June 2026, July 2026 and August 2026**.** The Debtor is authorized to cure the suspended payments through plan modification, extension, or other permissible means to cure terms, if any.  It is further

**ORDERED** that Debtor's counsel is awarded additional attorney's fees in the amount of $300.00 as requested in the Motion, to be paid through the Chapter 13 plan or as otherwise provided in the Motion.

**{END OF DOCUMENT}**

**PREPARED AND SUBMITTED BY:**

___/s/_____

Karmel S. Davis
Attorney on behalf of Debtor
Georgia Bar No. 007707
Karmel S. Davis & Associates
P.O. Box 5736
Douglasville, Georgia 30154
Telephone: (678) 715-0967
Facsimile: (678) 715-0987

**NO OPPOSITION:**

/s/ Albert Guthrie by Karmel S. Davis with express permission
Albert Guthrie, GA Bar No: 142399
Staff Attorney for K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600 285 Peachtree Center Ave. NE
Atlanta, GA 30303

**DISTRIBUTION LIST**

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

United States Trustees Office
Richard B. Russell Federal Building
75 Ted Turner Drive, SW, Suite 362
Atlanta, GA 30303

Eddie Dean Alford, II
409 The Gables Drive
McDonough, GA 30253