**IT IS ORDERED as set forth below:**

**Date: May 6, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| EDDIE DEAN ALFORD, II, | } | CASE NO: 23-57728-sms |
| Debtor. | } | |

**ORDER GRANTING DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS**

The above-styled case came before the Court upon the Debtor's Motion to Suspend Plan Payments and Additional Attorney Fees [Docket No. 53], filed on April 2 2026 (the "Motion") and noting that a hearing was scheduled for May 5, 2026 at 10:00a.m.

IT APPEARING that (1) notice of the opportunity to object and for hearing was provided pursuant to the procedures set forth in the Motion , and no objections were filed prior to the objection deadline; (2) the Court has considered the Motion and all other matters of record, including the lack of objections thereto; and (3) based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion.

**IT IS THEREFORE ORDERED AND ADJUDGED that** the Debtor's Motion is **GRANTED**.

Chapter 13 plan payments are **SUSPENDED** for the months of June 2026, July 2026 and August 2026**.** The Debtor is authorized to cure the suspended payments through plan modification, extension, or other permissible means to cure terms, if any.  It is further

**ORDERED** that Debtor's counsel is awarded additional attorney's fees in the amount of $300.00 as requested in the Motion, to be paid through the Chapter 13 plan or as otherwise provided in the Motion.

**{END OF DOCUMENT}**

**PREPARED AND SUBMITTED BY:**
___/s/_____
Karmel S. Davis
Attorney on behalf of Debtor
Georgia Bar No. 007707
Karmel S. Davis & Associates
P.O. Box 5736
Douglasville, Georgia 30154
Telephone: (678) 715-0967
Facsimile: (678) 715-0987

**NO OPPOSITION:**

/s/ Albert Guthrie by Karmel S. Davis with express permission
Albert Guthrie, GA Bar No: 142399
Staff Attorney for K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600 285 Peachtree Center Ave. NE
Atlanta, GA 30303

**DISTRIBUTION LIST**

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

United States Trustees Office
Richard B. Russell Federal Building
75 Ted Turner Drive, SW, Suite 362
Atlanta, GA 30303

Eddie Dean Alford, II
409 The Gables Drive
McDonough, GA 30253

United States Bankruptcy Court

Northern District of Georgia

| In re: | Case No. 23-57728-sms |
|---|---|
| Eddie Dean Alford, II | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf482 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eddie Dean Alford, II, 409 The Gables Drive, McDonough, GA 30253-1901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion21.at.ecf@usdoj.gov | May 06 2026 21:08:00 | United States Trustees Office, Richard B. Russell Fed Bldg, 75 Ted Turner Dr SW Ste 362, Atlanta, GA 30303-3330 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: May 08, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Karmel Sunzette Davis | on behalf of Debtor Eddie Dean Alford II info@karmeldavislaw.com, DavisKR40360@notify.bestcase.com;courthearings@gmail.com;courthearings2@gmail.com;druffin_kdlaw@yahoo.com;info@karmeldavislaw.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential aka Mile High Borrower 1 (Value) LLC mft@tottenfirm.com, |

District/off: 113E-9                          User: bncadmin                          Page 2 of 2
Date Rcvd: May 06, 2026                        Form ID: pdf482                          Total Noticed: 2

jet@tottenfirm.com,mtots@recap.email

TOTAL: 3