# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF Georgia

**In RE:**

EDDIE DEAN ALFORD, II

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 5

**Case Number:** 23-57728

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Sprint Corp.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only    ☑ Payment only    ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Sprint Corp. by American InfoSource as agent

PO Box 4457

Houston, TX 77210-4457

TO:

Sprint Corp. by American InfoSource as agent

PO Box 661380

Dallas,TX 75266-1380

Date:  08/14/2026

/s/ Henry Makwana

Creditor's Authorized Agent for Sprint Corp.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF Georgia**

**In RE:**

        **Chapter:** 13

  EDDIE DEAN ALFORD, II

        **Case Number:** 23-57728

**Debtor(s)**

### Certificate of Service

I certify that on 08/14/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
KARMEL SUNZETTE DAVIS
INFO@KARMELDAVISLAW.COM

Trustee
K EDWARD SAFIR
info@atlch13tt.com

/s/ Henry Makwana

Henry Makwana
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com