**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EDDIE DEAN ALFORD, II<br>Debtor. | Case No. 23-57728-SMS<br>Chapter 13<br>Judge Sage M. Sigler |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS, AND HEARING IF OBJECTION IS TIMELY FILED**

**TO: CREDITORS AND OTHER PARTIES IN INTEREST**

PLEASE TAKE NOTICE that the Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

DEADLINE FOR FILING OBJECTION: Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on November 21, 2026. If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

Clerk, United States Bankruptcy Court
Room 1340, United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

If you mail an objection, you must mail it early enough for actual receipt by the Clerk by the deadline stated above.

You must also serve a copy on Debtor's counsel at the address below and on the Debtor at 409 The Gables Drive McDonough, GA 30253.

PLEASE TAKE FURTHER NOTICE that, if a timely objection to the proposed modification is filed, the Court will hold a hearing on the modification on Tuesday, January 5, 2027, at 9:50 a.m. Eastern Time, in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, before Judge Sage M. Sigler, subject to the Court's calendar and any intervening order.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing.** If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: November 21, 2026

Respectfully submitted,

/s/ Karmel Sunzette Davis

Karmel Sunzette Davis (Georgia Bar No. 007707)
Karmel S. Davis & Associates, LLC
3379 Highway 5, Suite A
Douglasville, GA 30135
Telephone: (678) 715-0967
Email: info@karmeldavislaw.com
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: EDDIE DEAN ALFORD, II
Debtor.

Case No. 23-57728-SMS
Chapter 13
Judge Sage M. Sigler

## POST-CONFIRMATION MODIFICATION OF PLAN AND REQUEST FOR ITS APPROVAL

COMES NOW Eddie Dean Alford, II, Debtor, through undersigned counsel, pursuant to 11 U.S.C. § 1329 and Federal Rule of Bankruptcy Procedure 3015(h), and proposes to modify his confirmed Chapter 13 plan, requesting approval of the modification set out below.

The Chapter 13 plan was confirmed by order entered on December 19, 2023. The Debtor proposes this modification to address payment delinquency in the case and to permit completion of the plan during its existing remaining term.

## MODIFICATION OF PLAN

Existing provision to be replaced:

§ 2.1 Regular Payments to the trustee; applicable commitment period.

The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

*Check one:* ☐ 36 months ☒ 60 months

Debtor(s) will make regular payments (“Regular Payments”) to the trustee as follows:

The debtor(s) will pay ***$13870.00*** **per** ***month*** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

**The quoted provision is deleted and replaced with the following:**

“Effective with the next payment due following entry of an order approving this modification, Debtor shall pay to the Chapter 13 Trustee **$1,724.00 per month** in lieu of the prior monthly payment of $1,387.00. This represents an increase of $337.00 monthly. The increased payment shall be applied to ongoing plan obligations and to cure accumulated plan-payment delinquency during the remaining plan term. The final payment timing and total funding remain subject to reconciliation with the Trustee's records and the Court's approval. No other provision of the operative confirmed plan is modified by this paragraph.”

WHEREFORE, the Debtor requests approval of the foregoing post-confirmation plan modification and such further relief as the Court deems appropriate.

Respectfully submitted,

/s/ Karmel Sunzette Davis

Karmel Sunzette Davis (Georgia Bar No. 007707)
Karmel S. Davis & Associates, LLC
3379 Highway 5, Suite A
Douglasville, GA 30135
Telephone: (678) 715-0967
Email: info@karmeldavislaw.com
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EDDIE DEAN ALFORD, II<br>Debtor. | Case No. 23-57728-SMS<br>Chapter 13<br>Judge Sage M. Sigler |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2026 I served the foregoing Notice of Filing of Modification of Confirmed Plan, Deadline for Filing Written Objections, and Hearing if Objection Is Timely Filed, together with the attached Post-Confirmation Modification of Plan and Request for Its Approval, on the Chapter 13 Trustee, the Debtor, and all other parties required by Federal Rule of Bankruptcy Procedure 3015(h), the applicable local rules, and Judge Sigler's service procedures, using the methods specified below.

ECF SERVICE:

**K. Edward Safir**
Standing Chapter 13 Trustee
info@atlch13tt.com

BY US MAIL:

**Creditors Matrix Attached.**

Executed on: November 21, 2026.

Respectfully submitted,

/s/ Karmel Sunzette Davis

Karmel Sunzette Davis (Georgia Bar No. 007707)
Karmel S. Davis & Associates, LLC
3379 Highway 5, Suite A
Douglasville, GA 30135
Telephone: (678) 715-0967
Email: info@karmeldavislaw.com
Attorney for Debtor