Label Matrix for local noticing
113E-1
Case 23-57728-sms
Northern District of Georgia
Atlanta
Fri Nov 20 15:36:27 EST 2026

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024-5837

Aldridge Pite Hann
PO Box 52815
Atlanta, GA 30355-0815

Eddie Dean Alford II
409 The Gables Drive
McDonough, GA 30253-1901

Aptive Environmental
ARM Solutions Inc
PO Box 36666
Camarillo, CA 93011

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

Karmel Sunzette Davis
Karmel S. Davis & Associates
P.O. Box 5736
Douglasville, GA 30154-0013

(p)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

Department of Education/582/Nelnet
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501-2561

Department of Education/582/Nelnet
Po Box 82561
Lincoln, NE 68501-2561

Ebay, Inc
2145 Hamiliton Ave
San Jose CA 95125-5905

FIRST PORTFOLIO VENTURES I, LLC
3091 Governors Lake Drive Suite 500
Peachtree Corners, GA 30071-1135

FORD MOTOR CREDIT COMPANY LLC
P.O. Box 7389
Marietta, GA 30065-1389

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit
Pob 542000
Omaha, NE 68154-8000

Genesis Bc/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Genesis Bc/Celtic Bank
Po Box 4499
Beaverton, OR 97076-4499

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Grain Technology Inc
505 14th Street
Oakland, CA 94612-1468

Grain Technology Inc
Attn: Bankruptcy
505 14th St Suite 900
Oakland, CA 94612-1468

Gregson T. Haan
P.O. Box 7389
Marietta, GA 30065-1389

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kikoff Lending Llc
75 Broadway
San Francisco, CA 94111-1423

Kikoff Lending Llc
Attn: Bankruptcy
75 Broadway Suite 226
San Francisco, CA 94111-1458

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Lvnv Funding/Resurgent Capital
C/o Resurgent Capital Services
Greenville, SC 29602

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank/CCHoldings
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804-9001

Merrick Bank/CCHoldings
Po Box 9201
Old Bethpage, NY 11804-9001

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

OneMain Financial
Po Box 1010
Evansville, IN 47706-1010

Plaza Services, LLC
P.O. Box 1186
Smyrna, GA 30081-1186

(p)PROFESSIONAL ACCOUNT MANAGEMENT LLC
PO BOX 500
HORSEHEADS NY 14845-0500

Progress Residential
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256-2727

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

(p)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

Sprint Corp.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Sprint Corp. by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

Truist Bank
Attn: Support Services
PO Box 85092
Richmond, VA 23285-5092

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1911

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Delta Community Credit Union
PO Box 20541
Atlanta, GA 30320-2541

Ford Motor Credit
National Bankruptcy Service Center
Po Box 62180
Colorado Springs, CO 80962

Georgia Department of Revenue
1800 Century Boulevard
Suite 9100
Atlanta, GA 30345

Internal Revenue Service
ACS Support - Stop 5050
P.O. Box 219236
Kansas City, MO 64121

Professional Account Managemen
PO Box 391
Milwaukee, WI 53201

Sprint
P.O.Box 660092
Dallas, TX 75266

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Progress Residential aka Mile High Borrowe

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 44 |
| Bypassed recipients | 1 |
| Total | 45 |